UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HOYLE VANCE VERNON,

        Petitioner,

v.

DONALD HOLBROOK,

        Respondent.

CASE NO. C16-5167 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 9. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**;

(2)    Petitioner's petition for habeas corpus is **DENIED without prejudice**;

(3)    A certificate of appealability is **DENIED**; and

(4)    This case is closed.

Dated this 21st day of June, 2016.

                        BENJAMIN H. SETTLE
                        United States District Judge